**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br>v.<br><br>FRANCO SICURO, et al.,<br><br>*Defendants.* | Case No: 4:20-cr-568 SEP-DDN |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

PLEASE TAKE NOTICE that Tanner M. Cook respectfully requests the withdrawal of his appearance on behalf of Defendant Franco Sicuro in the above-styled case.

Steven E. Holtshouser, Christina B. Moore, and Samantha R. Sweet of Husch Blackwell LLP will continue as counsel of record for Defendant Franco Sicuro.

Dated:  February 7, 2023

Respectfully submitted,

*/s/  Tanner M. Cook*
Tanner M. Cook, #71846MO
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Phone:314.480.1500
Fax: 314.480.1505
Tanner.Cook@huschblackwell.com

***Attorney for Defendant Franco Sicuro***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February, 2023, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Notice of Electronic Filing from the Court's Electronic Filing System upon all counsel of record.

*/s/ Tanner Cook*
