Name: Franco Sicuro | ███████████████████ | PCP: Dion G. Fisher, MD

## Progress Notes

**Progress Notes signed by Manouela Vesselinova Valtcheva at 8/30/2022 11:11 AM**
**Also signed by Manouela Vesselinova Valtcheva at 8/30/2022 11:36 AM**

> Attestation signed by Muhammad Taher A. Al-Lozi at 8/30/2022 11:36 AM
>
> This was a telemedicine visit with Franco Sicuro and wife which took place via Real-time video connection (InTouch, Zoom or similar). During the visit, I was located CAM building and the patient was located home in the state of MO. I was present for the key portions with the resident and patient/caregiver. I agree with the findings and plan of care as documented in the resident's note. My visit with the patient started at 1:00 pm and ended at 01:23 pm. My total encounter time on 8/18/2022 was 30 minutes which was spent in the activities documented in the note. This includes time spent prior to the visit and after the visit in direct care of the patient. This time does not include time spent in any separately reportable services.
>
> The patient has been informed that the visit may not be secure and acknowledged the information. The Resident/Fellow has explained the option of participating in a telephone or video visit during the COVID-19 public health emergency to them. After being given an opportunity to ask questions about and discuss this type of visit, they verbally consented to proceeding with the telephone/video visit and understand that this service replaces an office visit.

Patient: FRANCO SICURO
███████████████
DOV: 08/18/2022
Page 1

**WASHINGTON UNIVERSITY SCHOOL OF MEDICINE**
660 S. Euclid - Box 8111
St. Louis, MO 63110
Tel: 314/362-6981 - Fax: 314/362-3752
Home Page: http://neuromuscular.wustl.edu

FRANCO SICURO
███████████████
DOV: 08/18/2022

This was a telemedicine visit with Franco Sicuro which took place via Zoom video. During the visit, I was located in a clinic room in the Center for Advanced Medicine Suite 6C and the patient and his wife were located at their home in Missouri. The session started at 1250 and ended at 1323.

The patient has been informed that the visit may not be secure and acknowledged the information.

EXHIBIT A

I have explained the option of participating in a telephone/video visit during the COVID-19 public health emergency to the patient. After being given an opportunity to ask questions about and discuss this type of visit, the patient verbally consented to proceeding with the telephone/video visit. The patient understands that this service replaces an office visit and they may be billed and/or responsible for any applicable copayments.

**HISTORY OF PRESENT ILLNESS:**
We had the pleasure of welcoming back Dr. Franco Sicuro to the Washington University Neuromuscular Clinic for follow-up of ALS. This was a telemedicine visit that occurred via video. His last clinic visit was in June of 2022.

To briefly review his history, he is a 67-year-old man with limb onset ALS. His symptoms started in June of 2019 with left leg cramping followed by weakness - mostly difficulty with his left leg with activity such as hiking. In October 2020 he was given the diagnosis of ALS after EMG. He was last seen in clinic via telemedicine by Amber Malcolm on June 23, 2022 and ███████████████████████████████████████████████████████████████████████████████ In addition, he was referred to neuro-palliative care with Dr. Everett and has his new appointment coming up in the next week. He also received a referral for an augmentative communication device. He had expressed some interest in possibly starting Radicava p.o.

███████████████████████████████████████████████████████████████ He continues to follow with Dr. Chi in sleep medicine and wears his Trilogy nightly, and throughout the majority of the day. He also feels that his appetite is now gone. ==He had recently been visited by family from Italy and the visit went fairly well==. He has started physical therapy at home in the past two weeks. He is now using a power wheelchair for all of his activities, although with physical therapy he is able to do about 50 steps.

He is concerned about some discoloration and edema in his feet, which is worse on the left side. The extremities feel cold frequently. The edema improves significantly if he is able to elevate his legs. He has discussed this with his primary care physician and has a lower extremity Doppler that is pending to evaluate for DVT. ████████████████████████████████████████████████████████████████████████████████████████████████

**PAST MEDICAL HISTORY:**
As noted in the HPI.

**MEDICATIONS:**
As reconciled in Epic.

**ALLERGIES:**
**NO KNOWN DRUG ALLERGIES.**

**REVIEW OF SYSTEMS:**
A complete review of systems was performed including constitutional symptoms, cardiovascular, respiratory, gastrointestinal, genitourinary, musculoskeletal, neurological,

EXHIBIT A

psychiatric, endocrine, immunologic, integumentary, hematological, eyes, ears, nose, mouth and throat. All systems negative except as per HPI.



**ASSESSMENT AND PLAN:**
Dr. Franco Sicuro is a 67-year-old gentleman with limb onset ALS who presents for follow-up via telemedicine visit today.

He reports his symptoms are continuing to progress and notable today is his increased work of breathing on the video. He feels he is doing better when he is using his Trilogy more during the day and he continues to follow with Dr. Chi. We congratulated him on maintaining his weight and how that is generally a more favorable factor for ALS patients as their disease course progresses. Regarding the swelling in his legs, we encouraged him to follow up with his primary care physician and to make sure to have the lower extremity Duplex to rule out a DVT that would require further treatment. However, most likely what he is noticing is edema secondary to reduced movement due to weakness, especially since it improves with elevation. We encouraged him to continue working with physical therapy and continue with daily stretches and elevating his feet. He will follow-up with Amber Malcolm in the ALS Clinic in six to eight weeks. He knows to call us with any new concerns or questions in the interim. It was a pleasure to see him today.

This telemedicine visit lasted 37 minutes with greater than 50 percent being spent on counseling and/or coordination of care.

ELECTRONICALLY SIGNED - 08/23/2022 01:17 PM
Manouela Valtcheva, M.D., Ph.D.
Fellow

Dictation was done by Dr. Valtcheva. Mr. Sicuro was seen today via video telemedicine visit. He is known to have amyotrophic lateral sclerosis and he stated he has been using BiPAP and is followed by pulmonary. He is getting weaker, especially in the arms where he has difficulty using his hands. The patient does not have difficulty chewing or swallowing. The patient stated he has some swelling in his left leg which could be due to ALS but he was seen by his primary physician who recommended a Duplex study to rule out DVT.

EXHIBIT A

Overall, he is managing well given the degree of weakness. He will see Amber Malcolm in a couple of months and we will see him in the clinic in six months. The patient will call us if he develops any significant changes.

The telemedicine visit lasted 30 minutes in counseling and/or coordination of care, review of records and evaluation of the patient.

ELECTRONICALLY SIGNED - 08/30/2022 11:10 AM
Muhammad Al-Lozi, M.D.

MV/MA/KT

DD: 08/21/2022      DT: 08/23/2022      █████████

MyChart® licensed from Epic Systems Corporation © 1999 - 2022

EXHIBIT A