Name: Franco Sicuro | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | PCP: Dion G. Fisher, MD

## Progress Notes

### Elyse Aufman Everett at 2/27/2023 2:00 PM

**Neuropalliative Care Telemedicine Follow Up Visit**

**Provider requesting consultation:** Amber Malcolm NP
**Reason for Consult:** Assistance with symptom management and discussion of goals of care

**CC:** ALS

**HPI:** Dr. Sicuro is a 67y/o man with a history of limb-onset ALS (sx 6/2019, dx 8/2020, Dr. Al-Lozi/Amber) who presents for follow up. Wife Angela present and helps provide history. Last seen 12/2022.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Using NIV 17hrs/day. Caregiver coming 3d/wk. Increasing weakness in his arms.

Sleep: Sleeping well with Trilogy, napping sometimes during the day
Swallowing/appetite: no swallowing issues except with spicy foods occasionally, appetite is up and down
Pain: Some lower left back pain, neck pain - using Tylenol prn and getting massage from caregiver which help

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

*Advanced Directives/POLST (on file?):* done, not on file
*Health Care Proxy/Surrogate Decision Maker:* wife Angela
*Lives with / Important relationships:* Lives with wife Angela. They have 3 daughters, 4 grandkids (1 more due soon)
*Employment/Military Service:* Retired psychiatrist (wife as well)
*Hobbies / Likes:*
*Religious beliefs / Other meaning systems:*


Objective


**Past Medical History:**
Diagnosis                                                                                                  Date
- Breathing difficulty
- GI bleed                                                                                                 2019
- Hemorrhoids
- Hypertension
- Low back pain
- Neuromuscular disease or syndrome (CMS/HCC) (HCC)

EXHIBIT B



## Social Determinants of Health

Tobacco Use: Medium Risk
  • Smoking Tobacco Use: Former
  • Smokeless Tobacco Use: Unknown
  • Passive Exposure: Not on file
Alcohol Use: Not on file
Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Depression: Not on file
Housing Stability: Not on file



## Diagnostic Evaluation
Labs: N/A

Imaging: N/A

Other: N/A

## Assessment and Plan:

**#. Palliative Care Assessment:** Dr. Sicuro is a 67y/o man with limb-onset ALS c/b worsening respiratory failure, mild dysphagia, declining functional status.

**#. Debility/Complex Medical Decision Making 2/2 ALS:** ==AD/POA done, wife Angela is POA==. Respiratory failure continues to worsen.



EXHIBIT B

**#. Pain:** Continue regular massage and ==tylenol prn==.



**#. Follow Up:** 1-2mos

Elyse Aufman Everett, MD, MOT
Assistant Professor of Medicine
Department of Medicine, Division of Palliative Care
Department of Neurology, Division of General Neurology

This was a telemedicine visit with Franco Sicuro ==and his wife== which took place via Real-time video connection (InTouch, Zoom or similar). During the visit, I was located at home and the patient was located at home in the state of MO. The patient visit started at 2:01pm and ended at 2:46pm. My total encounter time on 2/27/2023 was 55 minutes which was spent in the activities documented in the note. This includes time spent prior to the visit and after the visit in direct care of the patient. This time does not include time spent in any separately reportable services.

The patient: has been informed that the visit may not be secure and acknowledged the information. The option of participating in a telephone or video visit during the COVID-19 public health emergency was explained to them. After being given an opportunity to ask questions about and discuss this type of visit, they verbally consented to proceeding with the telephone/video visit and understand that this service replaces an office visit.

MyChart® licensed from Epic Systems Corporation © 1999 - 2023

EXHIBIT B